IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DAVIS NEUROLOGY, P.A.,
on behalf of itself and all other
entities and persons similarly situated                                                                  PLAINTIFF

V.                            CASE NO. 4:16-cv-00371-BSM

DENTAL EQUITIES, LLC d/b/a
PEER UNITED;
FIRST ARKANSAS BANK & TRUST;
and JOHN DOES 1-10                                                                                        DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Defendant FIRST ARKANSAS BANK & TRUST files the following Corporate Disclosure Statement in accordance with Federal Rules of Civil Procedure 7.1.

1.   Defendant First Arkansas Bank & Trust states that it is a wholly owned subsidiary of First Arkansas Bancshares, Inc.

2.   No other publicly held corporation owns 10% or more of the stock of First Arkansas Bank & Trust.

Dated: June 17, 2016

36574366.1

2

Respectfully submitted,

**WRIGHT, LINDSEY & JENNINGS LLP**

By: _____
Patrick D. Wilson (99073)
Gary D. Marts, Jr. (2004116)
Jaimie G. Moss (2012228)
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Phone: (501) 371-0808
Fax: (501) 376-9442
pwilson@wlj.com
gmarts@wlj.com
jmoss@wlj.com


Lewis S. Wiener (*Pro Hac Vice*)
SUTHERLAND ASBILL & BRENNAN LLP
700 Sixth Street N.W., #700
Washington, D.C. 20001
Phone: (202) 383-0100
Facsimile: (202) 637-3593
lewis.wiener@sutherland.com

**Attorneys for Defendant
FIRST ARKANSAS BANK & TRUST**

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 17, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification to:

| | |
|---|---|
| James A. Streett<br>STREET LAW FIRM, P.A.<br>107 West Main,<br>Russellville, AR 72801 | Joe P. Leniski Jr.<br>Branstetter, Stranch & Jennings, PLLC<br>227 2nd Ave. North, 4th Floor,<br>Nashville, TN 37201 |
| **Attorneys for Plaintiff** | **Attorneys for Plaintiff** |

  I further certify that on June 17, 2016, I served a copy of the foregoing via U.S. Mail on the following non-CM/ECF user:

Alex G. Streett
STREET LAW FIRM, P.A.
107 West Main,
Russellville, AR 72801

**Attorneys for Plaintiff**

                      _____
                      Gary D. Marts, Jr.