FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 27 2016

JAMES W. McCORMACK, CLERK
By:_____
         DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DAVIS NEUROLOGY, P.A., on behalf of itself and all other entities and persons similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 4:16-cv-371-BSM ) ) Judge Miller |
| DENTAL EQUITIES, LLC, d/b/a PEER UNITED; FIRST ARKANSAS BANK & TRUST; and JOHN DOES 1-10, | ) Magistrate Judge Deen ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO INTERVENE

Proposed intervenors, Scoma Chiropractic, P.A., Dr. William P. Gress, and Florence Mussat, M.D., S.C. (collectively, "Intervenors"), respectfully move to intervene pursuant to Fed. R. Civ. P. 24(b) in this action in order to stay or dismiss this case.

Intervenors file this motion so that they can request a stay or dismissal of this action because it is entirely duplicative of their more advanced case, *Scoma Chiropractic, P.A. v. Dental Equities, LLC, et al.* action pending in the United States District Court for the Middle District of Florida, Case No. 2:16-cv-00041-UA-MRM. A stay or dismissal will likely eliminate the need for any further proceedings in this Court and would not prejudice any party. Allowing both actions to proceed would waste judicial and party resources and could result in inconsistent judgments.

Intervenors file a memorandum in support of this motion.

1

Respectfully submitted,

_____
Robert R. Cloar

Robert R. Cloar
Attorney At Law, Bar No. 72025
P.O. Box 1623
Fort Smith, AR 72902
(479) 783-1186

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
*Application for Admission Pro Hac Vice Pending*

*Attorneys for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I, Robert Cloar, hereby certify that on September 25, 2016, a true and correct copy of the foregoing document, was filed via the Court's CM/ECF system which caused notice to be sent to the following parties:

James A. Streett
Alex G. Streett
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801
james@streettlaw.com

Gary D. Marts, Jr.
Jaimie Grunert Moss
Patrick Darrow Wilson
Wright, Lindsey & Jennings
200 West Capitol Ave., Ste. 2300
Little Rock, AR 72201
gmarts@wlj.com
jmoss@wlj.com
pwilson@wlj.com

Joe P. Leniski
Branstetter, Stranch & Jennings PLLC
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37204
jleniski@branstetterlaw.com

Lewis S. Wiener
Sutherland Asbill & Brennan LLP
700 Sixth Street NW, Suite 700
Washington, D.C. 20001
lewis.wiener@sutherland.com

Robert R. Cloar
AR Bar ID: 72025
P.O. Box 1623
Fort Smith, AR 72902
rrcloar@gmail.com
*Attorney for* Proposed Intervenors