## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

DAVIS NEUROLOGY, P.A.,
On behalf of itself and all other entities and
persons similarly situated,

                          Plaintiffs,

           v.

                                        Case No. 4:16-cv-00371-BSM

DENTAL EQUITIES, LLC d/b/a
PEER UNITED, FIRST ARKANSAS BANK
& TRUST and JOHN DOES 1–10,

                        Defendants.

## NOTICE OF FILING

Defendant First Arkansas Bank & Trust ("First Arkansas") hereby gives notice to the Court of developments related to the noticed depositions of certain objectors.  On November 18, 2016, the Court issued an Order Conditionally Certifying a Settlement Class, Preliminarily Approving Class Action Settlement, Approving Notice Plan, and Setting Final Approval Hearing.  (Dkt. No. 40.)  In that Order, the Court set a deadline of February 1, 2017 for members of the Settlement Class to file objections to the proposed Settlement.  (*Id.* ¶ 13.)  The Court also set a deadline of March 22 for the parties to file a motion and memorandum in support of final approval, including responses to objections.  (*Id.* at p. 11.)  The Court set a final approval hearing for April 3, 2017.  (*Id.*)

On February 1, 2017, attorneys purporting to represent multiple class members filed an Objection to Final Approval of Class Settlement (Dkt. No. 42), which included a series of form affidavits from objectors purporting to reflect objections from 48 different entities (collectively,

the "Objectors").[1]   (*See* Dkt. No. 42, Exhibit 1 thereto).   Between February 21 and 24, 2017, Subpoenas for Deposition Testimony  from this Court were served on 10 of objecting entities located in Chicago, Illinois, to appear for depositions on March 13, 2017. (*See* Dkt. No. 48, Exhibits 1-10 thereto).   On March 1, 2017, First Arkansas filed a Notice of Subpoenas (Dkt. No. 48), which attached the 10 subpoenas.

On March 6, 2017, Objectors' counsel filed a "Notice of Motion to Quash Subpoenas" and an accompanying "Motion to Quash Subpoenas" in the Northern District of Illinois, the federal district court encompassing the place of performance of the subpoenas.  A copy of those filing are attached hereto as **Exhibits A and B**.  Although the filings bear the caption of this Court, Objectors' counsel did not cross-docket those filings in this Court.  In the Motion to Quash, the ten Objectors take the position that they are absent class members from whom discovery is not allowed.  In the Notice of Motion to Quash, those Objectors unilaterally noticed a hearing date on their Motion to Quash in the Northern District of Illinois for March 15, 2017[2] – two days after the noticed date of compliance with the underlying subpoenas.  Those Objectors did not file a request for a stay of the March 13, 2017 depositions, nor has the district court issued a stay *sua sponte*.

In response to the Motion to Quash and the unilaterally noticed hearing date, First Arkansas has filed an Emergency Motion to Compel Compliance with Subpoenas for Deposition Testimony and Opposition to Motion to Quash with the Northern District of Illinois, seeking an order from that district court compelling the depositions to move forward on March 13, 2017 as

---

[1] The attorneys purporting to represent the Objectors include the attorneys who represented the proposed intervenors in this case, who had also asserted objections to preliminary approval of the settlement.
[2] The hearing was unilaterally re-noticed by Objectors for March 9, 2017 shortly before the filing of this notice.

scheduled.  That Motion to Compel is attached as **Exhibit C** hereto.  In substance, First Arkansas contends that it is not appropriate to treat those ten Objectors as "absent class members," and that there is no credible argument that appearing for brief depositions (likely less than an hour each) in the same city where they are located would impose an undue burden.  In connection with its Emergency Motion to Compel, First Arkansas has requested that the district court set an expedited hearing on the motion for no later than Friday, March 10, 2017.

First Arkansas is alerting the Court to these developments because the outcome of the proceedings in the Northern District of Illinois concerning the deposition subpoenas could impact the existing final approval schedule in this Court, including the Final Approval Hearing currently scheduled for April 3, 2017.  First Arkansas will keep the Court apprised of any further developments in this regard.

Dated: March 7, 2017                         Respectfully submitted,

                                             **EVERSHEDS SUTHERLAND (US) LLP**

                                             /s/ Lewis S. Wiener
                                              Lewis S. Wiener (*Pro Hac Vice*)
                                             700 Sixth Street N.W., #700
                                             Washington, DC 20001
                                              Phone:  (202) 383-0100
                                             Facsimile:  (202) 637-3595
                                             lewiswiener@eversheds-sutherland.com

                                              Patrick D. Wilson (99073)
                                              Gary D. Marts, Jr. (2004116)
                                              Jaimie G. Moss (2012228)
                                              WRIGHT, LINDSEY & JENNINGS LLP
                                              200 West Capitol Avenue, Suite 2300
                                              Little Rock, Arkansas 72201-3699
                                             Phone: (501) 371-0808
                                             Fax: (501) 376-9442
                                              pwilson@wlj.com
                                              gmarts@wlj.com
                                              jmoss@wlj.com

**Attorneys for Defendant**
**FIRST ARKANSAS BANK & TRUST**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of March, 2017, I electronically filed the foregoing **NOTICE OF FILING** and exhibits annexed thereto, with the Clerk of the Court using the Court's CM/ECF system will automatically send email notification of such filing to all counsel of record.

<u>/s/ Lewis S. Wiener</u>